CSD 1100 [09/26/06]
Name, Address, Telephone No. & I.D. No.

Alicia Armendariz
1072 Darwin Dr.
Oceanside, CA 92056

760-295-6628

Case # : 10-09016-LTAM
Debtor.: ALICIA MORA ARMENDARIZ
Judge..: LAURA TAYLOR
Trustee: DAVID SKELTON
Chapter: AM

Filed   : May 27, 2010  15:56:30
Deputy  : JESUS DUNEGHY
Receipt: 210094
Amount  : $26.00

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Alicia Armendariz

Debtor.

BANKRUPTCY NO.

10-09016-LT13

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

[ ]  Petition
[ ]  Exhibit A to Voluntary Petition
[ ]  Exhibit C to Voluntary Petition
[ ]  Exhibit D - Individual Statement of Compliance with Credit Counseling
[ ]  Summary of Schedules
[ ]  Statistical Summary of Certain Liabilities and Related Data
[ ]  Schedule A & B - Schedule of Real or Personal Property
[ ]  Schedule C - Schedule of Property Claimed Exempt
[ ]  Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  [✓]  Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $26.00 fee required. See instructions on reverse side.
  [ ]  Correcting or deleting other information. See instructions on reverse side.
[ ]  Schedule G - Schedule of Executory Contracts & Expired Leases
[ ]  Schedule H - Schedule of Co-Debtor
[ ]  Schedule I - Current Income of Individual Debtor(s)
[ ]  Schedule J - Current Expenditure of Individual Debtor(s)
[ ]  Statement of Financial Affairs
[ ]  Statement of Current Monthly Income and Means Test Calculation (Form B22A)
[ ]  Statement of Current Monthly Income (Form B22B)
[ ]  Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated: _____    Signature _____
                                               Attorney for Debtor

### DECLARATION OF DEBTOR

I [We] Alicia Armendariz and _____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of_____ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: 5/27/10   _Alicia Armendariz_ _____
                      Debtor                                     Joint Debtor

CSD 1100                                    **REFER TO INSTRUCTIONS ON REVERSE SIDE**

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.

B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on **27th** day of **May**, I served a true copy of the within AMENDMENT by [describe here mode of service]

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]  Chpt. 7 Trustee:

| | | |
|---|---|---|
| [ ] For Chpt. 7, 11, & 12 cases: | [ ] For ODD numbered Chapter 13 cases: | [✓] For EVEN numbered Chapter 13 cases: |
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on **5/27/10**
(Date)

**Alicia Armendariz** /s/ Alicia Armendariz
(Typed Name and Signature)

**1072 Darwin Dr.**
(Address)

**Oceanside, CA 92056**
(City, State, ZIP Code)

CSD 1100