CSD 1000 [12/01/03]
Name, Address, Telephone No. & I.D. No.

Alicia M. Armendariz
1072 Darwin Dr.
Oceanside, CA 92056

760-295-6628

FILED
ENTERED
LODGED
RECEIVED

JUN -9 2010

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MC                              DEPUTY

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Alicia M. Armendariz

Tax I.D.(EIN)#: 560 06 0473  S.S.#:XXX-XX-____  Debtor.

BANKRUPTCY NO. 10-09016-13

[add if filing in response to hearing]
Date of Hearing:
Time of Hearing:
Name of Judge: Laura Taylor

Motion:

I Alicia M Armendariz file a motion to extend the automatic stay of my home - 1072 Darwin Dr., Oceanside, CA, 92056, under U.S.C. § 362 (c)(3)(B). This motion is to extende automatic stay on the sale of my home until the bankruptcy proceedings are resolved.

*/s/ Alicia Armendariz*

6/09/10

CSD 1000