CSD 1000 [12/01/03]

Name, Address, Telephone No. & I.D. No.

Alicia M. Armendariz
1072 Darwin Dr.
Oceanside, CA 92056
760-295-6628

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

___FILED
___ENTERED
___LODGED
___RECEIVED

JUN - 9 2010

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MC                           DEPUTY

In Re

Alicia M Armendariz

Tax I.D. (EIN) #: 560 06 0473 / S.S. #: XXX-XX-____ 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   Debtor.

BANKRUPTCY NO. 10-09016-13

[add if filing in response to hearing]
Date of Hearing:
Time of Hearing:
Name of Judge: Laura Taylor

Declaration:

I hereby declare support of the motion to extend the automatic sale of the sale of my home by mortgage Co. J.P. Morgan Chase and all assignees. Automatic extension to be extended during bankruptcy proceedings.

~~6/10/~~ AA
6/09/10

Alicia Armendariz (signature)

CSD 1000