# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ALICIA MORA ARMENDARIZ |
| **Case Number:** | 10-09016-LT13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JUNE 22, 2010 10:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matter:

DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY

### Appearances:

REBECCA PENNINGTON, ATTORNEY FOR TRUSTEE
ALICIA MORA ARMENDARIZ, ATTORNEY FOR PRO SE

### Disposition:

Off calendar.  Since debtor has had no prior cases, stay remains in effect.  No need for motion.