NTF  
Rev. 11/07

**United States Bankruptcy Court**  
Southern District of California  
Jacob Weinberger U.S. Courthouse  
325 West F Street  
San Diego, CA 92101–6991

Telephone: 619–557–5620  
Website: www.casb.uscourts.gov  
Hours: 9:00am–4:00pm Monday–Friday

**Alicia Mora Armendariz**  
 1072 Darwin Drive  
Oceanside, CA 92056  
xxx–xx–0473  
*No Known Aliases*

Case number:  10–09016–LT13  
Chapter:  13  
Judge  Laura S. Taylor

**Notice To Filer Of Errors And/Or Deficiencies in Documents**

Document Number **25** filed on: **6/25/10**    Title of Document: **Notice to creditors added**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Other reason––See OTHER section below.**

**ACTION TAKEN BY COURT**

☐ Aty/Debtor(Pro Se)/Movant contacted on          via  ☐ Tel/Voice Mail     ☐ Email   ☐ Mail or Other  
**Other action––See OTHER section below.**

**ACTION REQUIRED BY FILER**

**Other action––See OTHER section below.**

**OTHER:** **If you are adding Chase as a creditor then you should be amending your Schedules to show the trustee where Chase belongs. Is the debt secured? Unsecured? Schedule F? A notice to creditors normally comes with either a Balance CS cover sheet or else the Amendment CSD coversheet.**

Dated: 6/28/10

Barry K. Lander  
Clerk of the Bankruptcy Court